# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**482**

**KA 15-01285**

PRESENT: SMITH, J.P., CENTRA, DEJOSEPH, CURRAN, AND SCUDDER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                              ORDER

STEVEN ROBINSON, DEFENDANT-APPELLANT.

---

TIMOTHY P. DONAHER, PUBLIC DEFENDER, ROCHESTER (DAVID R. JUERGENS OF COUNSEL), FOR DEFENDANT-APPELLANT.

SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (SCOTT MYLES OF COUNSEL), FOR RESPONDENT.

---

Appeal from a resentence of the Supreme Court, Monroe County (Alex R. Renzi, J.), rendered May 27, 2015. Defendant was resentenced upon remittal (*People v Robinson*, 128 AD3d 1464).

It is hereby ORDERED that the resentence so appealed from is unanimously affirmed.

Entered: June 10, 2016                          Frances E. Cafarell
                                                Clerk of the Court